IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JUSTIN A. W. JOHNSON,                                                              PLAINTIFF
#44511

v.                                3:23CV00225-DPM-JTK

BJ CARTER, et al.                                                        DEFENDANTS

## **ORDER**

Justin A. W. Johnson's ("Plaintiff") Motion for Copies (Doc. No. 5) is GRANTED.

Accordingly, the Clerk of the Court is directed to send Plaintiff a copy of docket entry no. 1.

IT IS SO ORDERED this 14th day of November, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE