IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JUSTIN A. W. JOHNSON,                                             PLAINTIFF
#44511

v.                      3:23CV00225-DPM-JTK

BJ CARTER, et al.                                              DEFENDANTS

**ORDER**

      Justin A. W. Johnson's ("Plaintiff") Motion to Amend and Appoint Counsel (Doc. No. 11) is DENIED. Plaintiff's request for leave to amend his Complaint is denied as moot because Plaintiff does not need leave, at this stage in the proceedings, to amend. Plaintiff is cautioned, however, that an Amended Complaint will render his original Complaint without legal effect: an amended complaint 'ordinarily supersedes the original and renders it of no legal effect.'" In Home Health, Inc. v. Prudential Ins. Co. of America, 101 F.3d 600, 603 (8th Cir. 1996), quoting International Controls Corp. v. Vesco, 556 F.2d 665, 668 (2d Cir. 1994) (other citations omitted). If Plaintiff files an Amended Compliant, only claims properly set out in the Amended Complaint will be allowed to proceed.

      Plaintiff's second request to appoint counsel is denied for the same reason the Court denied his first request on November 16, 2023. (Doc. No. 12). Plaintiff has not paid the filing fee and his claims have not been screened pursuant to the Prison Litigation Reform Act. No Defendant has been served. Plaintiff's request to appoint counsel is premature.

      The Court notes that Plaintiff should coordinate with the Administrator of the Yell County Detention Center regarding payment of the administrative and filing fee. The Court cannot assist Plaintiff with using his debit card.

2

IT IS SO ORDERED this 17th day of November, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

2