IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JUSTIN A. W. JOHNSON                                                PLAINTIFF

v.                              No. 3:23-cv-225-DPM-JTK

SUSAN DUFFEL, LPN, Poinsett County
Detention Center and JANET COVEY,
Advanced Practice Registered Nurse,
Harrisburg Family Medical Center                              DEFENDANTS

ORDER

    Unopposed partial recommendation, *Doc. 59*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, *Doc. 40*, granted. Johnson's claims against Janet Covey are dismissed without prejudice for failure to state a claim.

    So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 April 2024