**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JUSTIN A. W. JOHNSON,                                                                    PLAINTIFF

v.                                              3:23CV00225-DPM-JTK

BJ CARTER, et al.                                                                      DEFENDANTS

## ORDER

Justin A. W. Johnson ("Plaintiff") has filed a Motion to Quash.   (Doc. No. 55).   In his Motion, Plaintiff provides responses to some of Defendants' discovery requests.   (Id.).   Plaintiff asks the Court to quash other discovery requests.   (Id.).   The Court cannot properly evaluate Plaintiff's Motion because Plaintiff did not reproduce or include a copy of Defendants' discovery requests.   (Id.).   Plaintiff does appear to contest providing a signed medical release form. (Id.).   Because Plaintiff alleged deliberate indifference to serious medical needs in this case, the Court notes that Defendants are entitled to receive a signed release.

IT IS SO ORDERED this 7th day of May, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE