IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JUSTIN A. W. JOHNSON,                                                                    PLAINTIFF

v.                                          3:23CV00225-DPM-JTK

BJ CARTER, et al.                                                                           DEFENDANTS

**ORDER**

     Pending is Justin A. W. Johnson's ("Plaintiff") Amended Complaint. (Doc. No. 29). Plaintiff recently filed a Notice of Change of Address. (Doc. No. 58). But mail sent by the Court to Plaintiff at his updated address of record has been returned as undeliverable with the notation "RTS" on the envelopes. (Doc. Nos. 65, 66). Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and the other parties of any change in his address and must monitor the progress of the case and prosecute it diligently. Further, if any communication from the Court is not responded to within thirty days, the case may be dismissed without prejudice. Accordingly, Plaintiff is directed to update his address within thirty (30) days of the date of this Order. If he does not do so, this case may be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

     IT IS SO ORDERED this 7th day of May, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE