## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JUSTIN A. W. JOHNSON**                                      **PLAINTIFF**

**v.**                          **No. 3:23-cv-225-DPM-JTK**

**SUSAN DUFFEL, LPN, Poinsett County**
**Detention Center**                                      **DEFENDANT**

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, *Doc. 77*, and overrules Nurse Duffel's objections, *Doc. 79*. Fed. R. Civ. P. 72(b)(3). Nurse Duffel's motion to dismiss, *Doc. 71*, is granted in part and denied in part. Johnson's retaliation claim, and his claims against Nurse Duffel in her official capacity, are dismissed without prejudice. His medical deliberate indifference claim goes forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 September 2024