## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JUSTIN A. W. JOHNSON**                                                      **PLAINTIFF**

**v.**                                           **No. 3:23-cv-225-DPM**

**SUSAN DUFFEL, LPN, Poinsett County**
**Detention Center**                                              **DEFENDANT**

### ORDER

Unopposed recommendation, *Doc. 103*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  The Court has reviewed Johnson's most recent filing, *Doc. 104*.  It does not contain any objections to the recommendation.  The Clerk has sent the recommendation to the addresses provided by Johnson.  Those attempts have been unsuccessful.  Johnson hasn't cooperated in discovery and is now failing to prosecute his case.

Nurse Duffel's motion for sanctions, *Doc. 80*, is granted.  All other pending motions are denied as moot.  Johnson's amended complaint will be dismissed without prejudice.  Any *in forma pauperis* appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 November 2024