# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JUSTIN A. W. JOHNSON                                                    PLAINTIFF

v.                                    No. 3:23-cv-225-DPM

BJ CARTER, Captain, Poinsett County
Detention Center;  REGINA "GINA"
HINDMAN, Lt., Poinsett County
Detention Center;  JAMES BROWN, CEO,
Smart Communications Inc.;  DOE, CEO,
TigerCommissary.com, Tiger Correctional
Services Portal;  GUNNER WILSON,
Administrative Assistant, Poinsett County
Detention Center;  SUSAN DUFFEL, LPN,
Poinsett County Detention Center;  CHAD
NIELL, CEO, Tiger Communications
Services Inc.;  JANET COVEY, Advanced
Practice Registered Nurse, Harrisburg
Family Medical Center;  and JON COOK,
Sheriff, Poinsett County Sheriff's
Department                                                            DEFENDANTS

## JUDGMENT

Johnson's amended complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_____
6  November  2024